UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FRANKLIN BANK & TRUST CO.     Plaintiff

v.     CIVIL ACTION NO. 3:21-CV-435-RGJ

JOHN HANCOCK LIFE INSURANCE     Defendants
COMPANY (USA),

\* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Plaintiff Franklin Bank & Trust Co. ("Franklin Bank") moved to amend [DE 28] its complaint against Defendant John Hancock Life Insurance Company (USA) ("John Hancock") to include John Hancock Assignment Company ("JHAC") as a co-defendant as it "is the subsidiary or affiliate of John Hancock that was primarily responsible for remitting annuity payments to" Ms. Kaufman and her Estate. [DE 28 at 310]. The claims in the Amended Complaint are otherwise the same as those in the original. [*Id.*].

John Hancock did "not object to Plaintiff's Motion for Leave to Amend" but adds "seeks to correct certain misunderstandings." [DE 35 at 341]. John Hancock stated that JHAC was the owner of the Annuity Contract rather than the entity primarily responsible for making payments, and that John Hancock is responsible for making annuity payments. [*Id.* at 342]. It also "does not concede that JHAC received notice of this suit within 90 days" but "affirm[s] that JHAC is an indirect subsidiary of John Hancock." [*Id.*]. Franklin Bank contended that JHAC received notice "as an affiliate or subsidiary of John Hancock" but did not expand on this argument. [DE 28 at 315]. The Court ordered Franklin Bank to address notice in a supplemental briefing. [DE 53]. Franklin Bank filed supplemental briefing arguing that the Court need not consider notice yet, as

1

relation back is a separate analysis from amendment, and that its amendment should be allowed regardless of notice. [DE 58].

John Hancock did not object to the motion to amend [DE 35] and did not file a response to Franklin Bank's supplemental briefing on the motion to amend. [*See* DE 63, Joint Status Report (stating the pending "motion is ripe for decision" without response from John Hancock)]. Without objection, the Court **GRANTS** Franklin Bank's Motion to Amend [DE 28].

### IV.   CONCLUSION

For all these reasons, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) Franklin Bank's Motion to Amend its Complaint [DE 28] is **GRANTED**;

(2) Franklin Bank's Amended Complaint [DE 28-2] is deemed filed as of the date of entry of this Order;

(3) Summons [DE 28-1] shall be issued forthwith upon entry of this Order.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

August 4, 2023

Cc:   Counsel of record